# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**KAREN DURDEN and**
**MICHAEL DURDEN,**

    **Plaintiffs,**

v.                                                          Case No. 5:20-cv-106-AW-MJF

**AIG PROPERTY CASUALTY**
**COMPANY,**

    **Defendant.**

_____/

## **ORDER CLOSING THE FILE**

The parties have filed a joint stipulation of voluntary dismissal with prejudice. ECF No. 33. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on February 10, 2021.

                                         s/ *Allen Winsor*
                                         United States District Judge